UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | No. 2:17-cv-0829 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. SWINGLE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed December 20, 2017, the District Judge denied plaintiff's motion to proceed in forma pauperis and ordered him to pay the $400.00 in filing fees within thirty days or face dismissal of the complaint. ECF No. 8. Plaintiff appealed the denial (ECF No. 9), and the district court's order was affirmed (ECF No. 13). The Ninth Circuit's mandate has now issued (ECF No. 14), and plaintiff shall once again be required to pay the filing fee or face dismissal of his complaint.

Accordingly, IT IS HEREBY ORDERED that within thirty days from service of this order, plaintiff shall pay the entire $400.00 in required fees or face dismissal of this case.

DATED: February 25, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE