UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>Plaintiff,<br><br>v.<br><br>D. SWINGLE, et al.,<br><br>Defendants. | No. 2:17-cv-0829 JAM AC P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed December 20, 2017, plaintiff was denied leave to proceed in forma pauperis and ordered to pay the filing fee within thirty days. ECF No. 8. He was further cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. After the order was affirmed on appeal (ECF No. 14), plaintiff was given an additional thirty days to submit the required fee (ECF No. 15). Plaintiff then moved for and was granted a sixty-day extension of time to pay the filing fee. ECF No. 17. That time has now passed, and plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE